```
                    UNITED STATES BANKRUPTCY COURT              FORM #643
                    WESTERN DISTRICT OF NORTH CAROLINA
                              Shelby Division
IN RE:
        ANDERSON, EDWARD BURTON                       CASE NO: 04-40313
        ANDERSON, ELAINE SPEARMAN
SSN#:   XXX-XX-0594
SSN#:   XXX-XX-4720
```

FILED
U.S. Bankruptcy Court
Western District of NC

JUL 2 0 2005

David E. Welch, Clerk
Charlotte Division

NOTICE OF TRANSFER OF CLAIM, OR CHANGE OF
CLAIMANT NAME AND/OR ADDRESS
-----------------------------

Notice is hereby given that the Clerk of Court has received written evidence of the following transfer of claim, or claimant name and/or address change:

Alleged transferor, or original claimant name and address:
CITIFINANCIAL                           Claim #:         0008
                                        Claim Amount:    13,166.51
213 W DIXON BLVD                        Claim Status:    Secured-Pro-Rata
SHELBY NC 28152


Alleged transferee, or new claimant name and address:
CITIFINANCIAL

PO BOX 221676
CHARLOTTE NC 28222

Notice is further given that any objection to the alleged transfer of claim, or claimant name and/or address change, must be filed in writing with the Clerk, United States Bankruptcy Court, Charles R. Jonas Federal Building, PO Box 34189 Charlotte, North Carolina 28234-4189 within twenty (20) days of the date of this notice. Copies of any such objection must be served on the Chapter 13 Trustee at the address noted herein below, and on the alleged transferee, if applicable. If no written objection is timely filed, the transferee shall be substituted for the transferor, or the claimant name and/or address change noted, on the case claims register. If a written objection is timely filed, a hearing on such objection shall be scheduled by the Court.

                        CERTIFICATE OF SERVICE
                        ----------------------
The undersigned hereby certifies that copies of this Notice were served upon the parties identified herein above at the referenced addresses either by hand-delivery or first class mail, postage prepaid or electronically if a CM/ECF registered user.
Dated: 07/19/2005                               Steven G. Tate, Trustee
By:     TILDA BAGGARLY
        Chapter 13 Bankruptcy Office
        PO Box 1778
        Statesville, NC 28687-1778
        Telephone: 7048720068

        Clerk, U.S. Bankruptcy Court
        PO Box 34189
        Charlotte, NC 28234-4189