**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

In Re:                                                                                     Case No: 04-40313

EDWARD BURTON ANDERSON                         SSN#1 - XXX-XX-0594
ELAINE SPEARMAN ANDERSON                    SSN#2 - XXX-XX-4720
103 ANDERSON ACRES
KINGS MOUNTAIN, NC  28086                            Judge: George R. Hodges

**CHAPTER 13 FINAL REPORT AND ACCOUNT**
**COMPLETED**

This Case was                                                     The Plan was
Commenced on 03/19/2004                                  Confirmed on  06/09/2004

The Trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt, and of all disbursements, and they are incorporated by reference in this report.

RECEIPTS:  Amounts paid to Trustee by or for the Debtors for the benefit of Creditors:  $32,750.00
Composition Plan.  Minimum payout to unsecured creditors = 20%.

## SUMMARY

Summary of filed claims & disbursements during the administration of this plan:

| | CLAIMS FILED | PRINCIPAL & INTEREST PAID | % PAID |
|---|---|---|---|
| UNSECURED | $20,294.11 | $4,058.80 | 20.00% |
| SECURED | $12,375.19 | $14,219.52 | 100.00% |
| PRIORITY | $5,569.50 | $5,569.50 | 100.00% |
| ADMINISTRATIVE | $3,061.55 | $3,061.55 | 100.00% |
| ATTORNEY | $3,082.00 | $3,082.00 | 100.00% |
| TRUSTEE | $2,127.70 | $2,127.70 | 100.00% |
| TT NOTICE FEE | $73.00 | $73.00 | 100.00% |
| DEBTOR REFUND | $557.93 | $557.93 | 100.00% |
| | $47,698.91 | $32,750.00 | |

Case No. 04-40313   EDWARD BURTON ANDERSON & ELAINE SPEARMAN ANDERSON

## CLAIMS AND DISTRIBUTIONS TO DATE

| Trustee Claim # | Clerk Claim # | Payee | Class | Claim Amount | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| TTE | | TRUSTEE COMPENSATION | | 2,127.70 | 2,127.70 | |
| 93 | | CLERK U S BANKRUPTCY COURT | A-Administrative Costs | 3,061.55 | 3,061.55 | 0.00 |
| 1 | | O MAX GARDNER III | B-Base Attorney Fee(s) | 700.00 | 700.00 | 0.00 |
| 2 | | O MAX GARDNER III | B-Base Attorney Fee(s) | 900.00 | 900.00 | 0.00 |
| 89 | | O MAX GARDNER III | L-Legal Fees | 450.00 | 450.00 | 0.00 |
| 91 | | O MAX GARDNER III | L-Legal Fees | 524.00 | 524.00 | 0.00 |
| 92 | | O MAX GARDNER III | L-Legal Fees | 508.00 | 508.00 | 0.00 |
| 3 | | GREEN TREE SERVICING LLC | M-Mortgage/Lease | 0.00 | 0.00 | 0.00 |
| 5 | | GREEN TREE SERVICING LLC | N-Mortgage/Lease Arrears | 1,482.11 | 1,482.11 | 78.46 |
| 13 | | INTERNAL REVENUE SERVICE | P-Priority | 0.00 | 0.00 | 0.00 |
| 14 | | NC DEPT OF REVENUE | P-Priority | 444.00 | 444.00 | 0.00 |
| 15 | | NC DEPT OF REVENUE | P-Priority | 428.53 | 428.53 | 0.00 |
| 16 | | NC UNEMPLOYMENT INSURANCE | P-Priority | 0.00 | 0.00 | 0.00 |
| 11 | | INTERNAL REVENUE SERVICE | P-Priority | 4,636.97 | 4,636.97 | 0.00 |
| 88 | | CLEVELAND AMBULATORY SERV | P-Priority | 60.00 | 60.00 | 0.00 |
| 7 | | HOWREN MUSIC CO | S-Secured-Pro-Rata | 600.00 | 600.00 | 81.00 |
| 8 | | CITIFINANCIAL | S-Secured-Pro-Rata | 10,104.96 | 10,104.96 | 1,684.87 |
| 90 | | GREEN TREE SERVICING LLC | S-Secured-Pro-Rata | 188.12 | 188.12 | 0.00 |
| 84 | | WAKE FOREST UNIVERSITY | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 75 | | SHELBY RADIOLOGICAL ASSOCIATES | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 76 | | SHELBY RADIOLOGICAL ASSOCIATES | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 77 | | SHELBY WOMENS CLINIC PA | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 79 | | THE SANGER CLINIC | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 80 | | TIME WARNER CABLE | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 17 | | CAPITAL ONE BANK | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 20 | | CAROLINAS PSYCHIATRIC ASSOC | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 21 | | CLEVELAND COUNTY EMS | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 22 | | CLEVELAND REGIONAL | U-Unsecured | 1,695.65 | 339.13 | 0.00 |
| 12 | | INTERNAL REVENUE SERVICE | U-Unsecured | 272.97 | 54.59 | 0.00 |
| 24 | | HMW LLC | U-Unsecured | 4,959.22 | 991.84 | 0.00 |
| 30 | | DISCOVER BANK | U-Unsecured | 5,611.87 | 1,122.37 | 0.00 |
| 27 | | Roundup Funding LLC | U-Unsecured | 6,048.72 | 1,209.74 | 0.00 |
| 35 | | DISH NETWORK | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 37 | | FIRST NATIONAL BANK | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 38 | | JC PENNEY/MCCBG | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 42 | | KINGS MOUNTAIN ANIMAL HOSPITAL | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 43 | | KINGS MOUNTAIN HOSPITAL | U-Unsecured | 919.36 | 183.87 | 0.00 |
| 47 | | KINGS MOUNTAIN HOSPITAL | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 51 | | KINGS MOUNTAIN HOSPITAL | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 53 | | LABORATORY CORP | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 56 | | MOUNTAIN VIEW URGENT CARE | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 57 | | NEUROSCIENCE & SPINE CENTER | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 58 | | PAUL E HENDRICKS JR DDS | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 59 | | PUBLISHERS CLEARING HOUSE | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 74 | | SHELBY RADIOLOGICAL ASSOCIATES | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 71 | | SEARS ROEBUCK & CO | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 61 | | PUBLISHERS CLEARING HOUSE | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 64 | | READERS DIGEST | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 66 | | RESURGENT CAPITAL SERVICES | U-Unsecured | 786.32 | 157.26 | 0.00 |
| 67 | | CITI CARDS | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 68 | | CITICORP BANKRUPTCY | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 69 | | MAX RECOVERY INC | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 70 | | SEARS | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 65 | | READERS DIGEST ASSOCIATION INC | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 62 | | PENN CREDIT CORP | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 63 | | PUBLISHERS CLEARING HOUSE | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 72 | | CERTEGY PAYMENT RECOVERY SVCS | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 73 | | CERTEGY PAYMENT RECOVERY | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 60 | | PENN CREDIT CORP | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 54 | | CREDIT COLLECTION SERVICES | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 55 | | CREDIT COLLECTION SERVICES | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 52 | | KINGS MOUNTAIN HOSPITAL | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 48 | | KINGS MOUNTAIN HOSPITAL | Z-Notice Only | 0.00 | 0.00 | 0.00 |

Case No. 04-40313   EDWARD BURTON ANDERSON & ELAINE SPEARMAN ANDERSON

| Trustee Claim # | Clerk Claim # | Payee | Class | Claim Amount | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| TTE | | TRUSTEE COMPENSATION | | 2,127.70 | 2,127.70 | |
| 49 | | SPARTAN FINANCIAL SERVICES | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 50 | | SPARTAN FINANCIAL | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 44 | | KINGS MOUNTAIN HOSPITAL | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 45 | | SPARTAN FINANCIAL | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 46 | | SPARTAN FINANCIAL SERVICES | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 39 | | ECAST SETTLEMENT CORPORATION | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 40 | | JC PENNEY/MCCBG | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 41 | | JC PENNEY/MCCBG | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 36 | | DISH NETWORK | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 28 | | DIRECT MERCHANTS BANK | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 29 | | ECAST SETTLEMENT CORPORATION | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 31 | | DISCOVER CARD | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 32 | | DISCOVER CARD | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 33 | | DISCOVER FINANCIAL SERVICES | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 34 | | RESURGENT CAPITAL SERVICES | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 25 | | DIRECT MERCHANTS BANK | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 26 | | ECAST SETTLEMENT CORPORATION | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 23 | | ABSOLUTE COLLECTION SERVICE | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 18 | | CAPITAL ONE BANK | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 19 | | CAPITAL ONE | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 9 | | WASHINGTON MUTUAL FINANCE | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 10 | | WASHINGTON MUTUAL BANK | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 6 | | GREEN TREE SERVICING LLC | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 4 | | GREEN TREE SERVICING LLC | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 81 | | CREDIT MANAGEMENT LP | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 82 | | TIME WARNER CABLE | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 83 | | TIME WARNER CABLE | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 78 | | DEBT CHECK RECOVERY SYSTEMS | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 85 | | RISK MANAGEMENT ALTERNATIVES | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 86 | | RISK MANAGEMENT ALTERNATIVES | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 87 | | CLEVELAND COUNTY TAX COLLECTOR | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| | | | **Totals** | $46,510.05 | $30,274.74 | $1,844.33 |

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging Steven G. Tate as Trustee and releasing Steven G. Tate and his surety from any and all liability on account of these proceedings, and for such other and further relief as is just.

CERTIFICATE OF SERVICE

/s/ Steven G. Tate

Registered users of CM/ECF were served electronically and the undersigned hereby certifies a copy of the attached document has been served on the parties whose names and addresses are listed below by United States first class mail, postage prepaid on February 22, 2008.

Steven G. Tate, Trustee

S. Henderson
Office of the Chapter 13 Trustee

EDWARD BURTON ANDERSON & ELAINE SPEARMAN ANDERSON, 103 ANDERSON ACRES,   KINGS MOUNTAIN, NC  28086